UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> STEPHEN D. FERRONE, DOUGLAS A. MCCLAIN, JR., DOUGLAS A. MCCLAIN, SR., JAMES T. MICELI, IMMUNOSYN CORPORATION, ARGYLL BIOTECHNOLOGIES, LLC, ARGYLL EQUITIES, LLC, and PADMORE HOLDINGS, LTD., <br><br> Defendants. | Civil Action No. 11-cv-5223 <br><br> HON. JEFFREY T. GILBERT |

**FINAL JUDGMENT AS TO DEFENDANT STEPHEN D. FERRONE**

The Securities and Exchange Commission having obtained a jury verdict against Defendant Stephen Ferrone ("Defendant Ferrone" or "Ferrone") finding him liable for violating Section 10(b) of the Securities Exchange Act of 1934 ("Exchange Act") [15 U.S.C. § 78j(b)], and Rules 10b-5 [17 CFR § 240.10b-5] and 13a-14 [17 CFR § 240.13a-14] thereunder, and the Court having considered the arguments of the parties as to the appropriate remedies, the Court hereby enters this Final Judgment:

I.

**[OFFICER AND DIRECTOR BAR]**

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that, pursuant to Section 21(d)(2) of the Exchange Act [15 U.S.C. § 78u(d)(2)], Defendant Ferrone is prohibited, for a period of three (3) years *nunc pro tunc* to July 24, 2016, from acting as an officer or director of

any issuer that has a class of securities required to be registered pursuant to Section 12 of the Exchange Act [15 U.S.C. § 78l] or required to file reports pursuant to Section 15(d) of the Exchange Act [15 U.S.C. § 78o(d)].

## II.

## [CIVIL PENALTY]

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant Ferrone shall pay a civil penalty in the amount of $120,000.00 to the Securities and Exchange Commission pursuant to Section 21(d)(3) of the Exchange Act [15 U.S.C. § 78u(d)(3)]. Defendant Ferrone shall make this payment within 30 days after entry of this Final Judgment.

Defendant Ferrone may transmit payment electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request. Payment may also be made directly from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm. Defendant Ferrone may also pay by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission, which shall be delivered or mailed to:

   Enterprise Services Center
   Accounts Receivable Branch
   6500 South MacArthur Boulevard
   Oklahoma City, OK 73169

and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court, and Defendant's name specifying that payment is made pursuant to this Final Judgment.

Defendant Ferrone shall simultaneously transmit photocopies of evidence of payment and case information to the Commission's counsel in this action. By making this payment, Defendant Ferrone relinquishes all legal and equitable right, title, and interest in such funds and no part of

2

the funds shall be returned to Defendant Ferrone. The Commission shall send the funds paid pursuant to this Final Judgment to the United States Treasury. Defendant Ferrone shall pay post-judgment interest on any delinquent amounts pursuant to 28 U.S.C. § 1961.

### III.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

**SO ORDERED** this 28 day of July, 2017.

HON. JEFFREY T. GILBERT